**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff. <br><br> v. <br><br> **MIGUEL JACINTO SALDAÑA,** <br> Defendant. | **CRIMINAL NO. 25-1147m** |

**UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE**

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully states and prays as follows:

On December 16, 2025, a criminal complaint was filed in the instant case charging Miguel Jacinto Saldaña with reentry of removed alien after a felony conviction, in violation of 8 U.S.C. §§ 1326(a) & (b)(1). *See* ECF No. 1. On that same date, the Court issued an arrest warrant. *See* ECF No. 2.

Homeland Security Investigations has informed the United States Attorney's Office that before being able to execute the arrest warrant, Immigration and Customs Enforcement removed defendant Miguel Jacinto Saldaña from the United States to the Dominican Republic.

WHEREFORE, the United States respectfully requests that pursuant to Fed. R. Crim. P.

[INTENTIONALLY LEFT BLANK]

48(a) the criminal complaint at ECF No. 1 be dismissed without prejudice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of May, 2026.

W. STEPHEN MULDROW
United States Attorney

*s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States
Attorney USDC No. 303011
350 Chardon Avenue
Torre Chardon, Suite 1201
San Juan, P.R. 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion

has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney